The People of the State of New York, Respondent, 
against
Serpaul Ramdass, Appellant.



Appeal from a judgment of the Criminal Court of the City of New York, Queens County (Robert Cox McGann, J.H.O.), rendered February 21, 2014. The judgment convicted defendant, after a nonjury trial, of failing to post tow truck rate information on each side of his tow truck in violation of Administrative Code of the City of New York § 20-507 (b).




ORDERED that the judgment of conviction is affirmed.
After a nonjury trial, defendant, a licensed tow truck operator, was found guilty of violating Administrative Code of the City of New York § 20-507 (b) by failing to post tow truck rate information on each side of his tow truck.
To the extent defendant claims that the evidence was legally insufficient to support the verdict, the claim is unpreserved for appellate review (see CPL 470.05 [2]; People v Hawkins, 11 NY3d 484, 491-492 [2008]; People v Gray, 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (see People v Contes, 60 NY2d 620 [1983]), we find that defendant's guilt was established beyond a reasonable doubt. The evidence established that there were no tow rates posted on defendant's tow truck (see Administrative Code of the City of New York § 20-507 [b]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (see People v Danielson, 9 NY3d 342, 348 [2007]), we are satisfied that the verdict of guilt was not against the weight of the evidence (see People v Romero, 7 NY3d 633 [2006]).
Accordingly, the judgment of conviction is affirmed.
Solomon, J.P., Weston and Elliot, JJ., concur.
Decision Date: April 07, 2016